UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LUIS ARTURO MAGANA-RAMIREZ,<br><br>    Defendant. | CASE NO. 20-92-JCC<br><br>**ORDER GRANTING MOTION TO APPOINT CO-COUNSEL** |

The Court grants defense counsel Michael Martin's motion to appoint as co-counsel Abigail W.S. Cromwell, Attorney at Law (Dkt. 290) to represent defendant in this case. Counsel is reminded to obtain pre-approval for attorney fees and other costs that will exceed the norm from the assigned District Judge prior to incurring such costs.

DATED this 16th day of October, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING MOTION TO APPOINT
CO-COUNSEL - 1