THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LUIS MAGANA-RAMIREZ,<br><br>　　　　　　　　Defendant. | CASE NO. CR20-0092-JCC-3<br><br>ORDER |

This matter comes before the Court *sua sponte*. Defendant was recently sentenced in this matter. (*See* Dkt. Nos. 1144, 1145.) In preparation for the sentencing hearing, the parties made various sealed and *ex parte* submissions. (*See* Dkt. Nos. 1079, 1081, 1089, 1099, 1128, 1138, 1141.) While the public has a common law right to inspect and copy public records, including those from judicial proceedings, these rights are not absolute. They must yield when (1) sealing a document serves a compelling interest, (2) that is substantially likely to be harmed if the document is not sealed, and (3) there are no less restrictive alternatives for protecting the interest. *See United States v. Doe*, 870 F.3d 991, 998 (9th Cir. 2017). Given the nature of the information contained in these submissions, these criteria are met here. Accordingly, the parties' submissions (Dkt. Nos. 1079, 1081, 1089, 1099, 1128, 1138, 1141) shall remain under seal.

//

//

ORDER
CR22-0130-JCC
PAGE - 1

DATED this 12th day of December 2023.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE