Gene David Vorobyov, CA Bar # 200193
Law Office of Gene Vorobyov
2309 Noriega Street, # 46
San Francisco, CA 94122

Appointed Appellate Counsel for Defendant
LUIS ARTURO MAGANA-RAMIREZ

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:20-cr-00092-JCC-3 |
|---|---|
| Plaintiff and Respondent, | [9th Circuit Case No. 23-4284] |
| v. | [proposed] **Order Granting Pro Hac Vice Admission to Attorney Gene Vorobyov Without the Need for Local Counsel or Payment of the Fee** |
| LUIS ARTURO MAGANA-RAMIREZ, | |
| Defendant and Appellant | [Local Rule 83.1(d)] |

This Court has considered the application of appellate counsel Gene Vorobyov for *pro hac vice* admission in this case.  The Court finds good cause to grant the application and grants appellate counsel pro hac vice admission in this case.  The Court further waives the requirements that appointed counsel pay a *pro hac vice* fee and retain local counsel.

IT IS SO ORDERED this 22nd day of January 2024.

*/s/ John C. Coughenour*

SR. U.S. DISTRICT JUDGE

Application of Out-of-State Appellate Counsel for Pro Hac Vice Admission without Payment of Fees or Local Counsel
No, 2:20-cr-00092-JCC-3

1