The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS ARTURO MAGANA-RAMIREZ,<br><br>Defendant,<br><br>and<br><br>CECILIA BRAVO MOLINA,<br><br>Third-Party Claimant. | NO. CR20-092-JCC-3<br><br>[~~PROPOSED~~]<br><br>**AMENDED SCHEDULING ORDER FOR THIRD-PARTY CLAIM** |

THIS MATTER comes before the Court on the United States' motion to amend the scheduling order for disposition of a third-party claim to $25,000 of the preliminarily forfeited $58,681 in cash proceeds.

The Court may permit discovery and entertain motions related to a third-party claim pursuant to Fed. R. Crim. P. 32.2(c)(1) and, to the extent an evidentiary hearing on a third-party claim is required, the Court conducts that hearing pursuant to 21 U.S.C. § 853(n)(2) & (4)-(6). The Court, having reviewed the record, herby FINDS that the

Amended Scheduling Order for Third-Party Claim - 1
*United States v. Magana-Ramirez,* CR20-092-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

order setting a discovery schedule, a motions deadline, and a hearing date should be amended as set forth herein.

THEREFORE, THE COURT ORDERS:

1. Pursuant to Fed. R. Crim. P. 32.2(c)(1)(B), the United States and Cecilia Bravo Molina may engage in discovery related to her third-party claim to resolve the issue of ownership of the $25,000. The discovery period shall close on September 27, 2024;

2. The Parties shall file any dispositive motions no later than October 18, 2024; and,

3. If necessary, pursuant to Fed. R. Crim. P. 32.2(c)(1) and 21 U.S.C. § 853(n)(2) & (4)-(6) an evidentiary hearing will be held on any disputed third-party claims on November 12, 2024 at 10 a.m.

IT IS SO ORDERED.

DATED this 19th day of August 2024.

_____
THE HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

  s/ Jehiel I. Baer
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Jehiel.Baer@usdoj.gov

Amended Scheduling Order for Third-Party Claim - 2
*United States v. Magana-Ramirez,* CR20-092-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970