Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LUIS ARTURO MAGANA-RAMIREZ, <br><br> Defendant. | NO. CR20-092-JCC-3 <br><br> [~~PROPOSED~~] <br><br> **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property ("Subject Currency"):

    a.    $58,681.00 of cash drug proceeds seized from Defendant's residence in Fife, Washington, on July 28, 2020.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate for the following reasons:

1. On November 4, 2022, the Court entered a Preliminary Order of Forfeiture finding the Subject Currency forfeitable pursuant to 21 U.S.C. § 853 and forfeiting the Defendant's interest in it. Dkt. No. 922;

Preliminary Order of Forfeiture - 1
*United States v. Magana-Ramirez*, CR20-092-JCC-3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 1024) and provided direct notice to potential claimant Ms. Cecilia Bravo Molina as required by Fed. R. Crim. P. 32.2(b)(6)(A);

3. On March 8, 2023, Ms. Molina filed a petition in the ancillary forfeiture proceeding claiming an interest in $25,000 of the Subject Currency.

4. On October 18, 2024, the United States filed a Motion for Summary Judgment Dismissal of Petition of Cecilia Bravo Molina and AUSA Jehiel I. Baer's Declaration in Support thereof. Dkt. Nos. 1225, 1226;

5. Thereafter, on November 20, 2024, the Honorable John C. Coughenour entered a Summary Judgment Dismissal, dismissing Ms. Molina's petition to $25,000 of the Subject Currency, with prejudice. Dkt. No. 1228; and

6. The time for filing third-party claims has expired, and no other claims or petitions were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Currency exists in any party other than the United States;

2. The Subject Currency is fully and finally condemned and forfeited, in its entirety, to the United States; and,

///

///

Preliminary Order of Forfeiture - 2
*United States v. Magana-Ramirez*, CR20-092-JCC-3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The United States Department of Justice, Drug Enforcement Administration, and/or their representatives, are authorized to dispose of the Subject Currency as permitted by governing law.

IT IS SO ORDERED.

DATED this 18th day of February 2025.

_____
THE HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented By:

*s/ Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Jehiel.Baer@usdoj.gov

Preliminary Order of Forfeiture - 3
*United States v. Magana-Ramirez*, CR20-092-JCC-3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970